The CITIZENS NATIONAL BANK OF ORANGE, VIRGINIA, and Emma C. Crittenden (now Terrill), Surviving Executors of William J. Crittenden, Deceased, Appellants, v. Gertrude Sleadd WAUGH, in Her Own Right and as Administratrix of the Estate of Harry M. Waugh, Deceased, Appellee.

No. 4182.

Circuit Court of Appeals, Fourth Circuit.

July 25, 1937.

H. E. DeJarnette, of Princeton, W. Va., and E. H. DeJarnette, Jr., of Orange, Va., for appellants.

James S. Kahle, of Bluefield, W. Va., for appellee.

PER CURIAM.

Judgment of District Court affirmed, with costs. Judgment filed.

Hubert BURNHAM v. COMMISSIONER OF INTERNAL REVENUE.

No. 5938.

Circuit Court of Appeals, Seventh Circuit.

May 7, 1937.

Arthur R. Foss, of Chicago, Ill., for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before SPARKS, Circuit Judge.

PER CURIAM.

Pursuant to stipulation of counsel and order of this court entered July 2, 1936, that the same judgment be entered in this cause as entered in cause No. 5937, Daniel H. Burnham v. Commissioner of Internal Revenue, 86 F.(2d) 776.

It is now here ordered and adjudged by this court that the decision entered in this cause on November 9, 1935, by the United States Board of Tax Appeals, be, and the same is hereby, affirmed.

CLINTON COTTON MILLS, a Corporation, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 4063.

Circuit Court of Appeals, Fourth Circuit.

July 3, 1937.

T. Frank Watkins, of Anderson, S. C., and R. T. Wilson, of Laurens, S. C., for petitioner.

Charles Fahy, Gen. Counsel, Robert B. Watts, Associate Gen. Counsel, and Malcolm F. Halliday, National Labor Relations Board, all of Washington, D. C., for respondent.

PER CURIAM.

Order of National Labor Relations Board modified and enforced, and petition for review dismissed. Consent decree filed.